IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DANCO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FLUIDMASTER, INC.,<br><br>    Defendant. | Civil Action No.: 5:16-CV-00073-JRG-CMC |

## JOINT CLAIM CONSTRUCTION CHART

In accordance with the Fifth Amended Agreed Docket Control Order [Docket Entry # 91] and P.R. 4-5(d) the parties hereby submit their Joint Claim Chart for asserted U.S. Patent Nos. 8.943,620 ("the '620 Patent") and 9.181,687 ("the '687 Patent"). Attached hereto as Exhibit A is a chart of the claim terms and phrases proposed for construction by Defendant Fluidmaster, Inc. and on which the parties agree. Attached hereto as Exhibit B is a chart of the claim terms and phrases proposed for construction by both parties and on which the parties disagree. Attached hereto as Exhibit C is a chart of the claim terms and phrases proposed for construction by Defendant Fluidmaster, Inc. and on which the parties disagree. Attached hereto as Exhibit D is a chart listing the complete language of disputed claims with disputed claim terms and phrases in bold type.

Danco objects to Fluidmaster's indefiniteness contentions in Exhibits B and C for the following terms or phrases, which contentions were not timely disclosed in Fluidmaster's March 28, 2017 P.R. 3-3 Invalidity Contentions:

    <u>'620 Patent</u>

        1. "detachably attached"

1

2. "rotatably coupled"

'687 Patent

1. "adapter"

2. "second end"

Danco further objects to Fluidmaster's indefiniteness contentions in Exhibits B and C for the following terms or phrases, which contentions were neither timely disclosed in Fluidmaster's March 28, 2017 P.R. Invalidity Contentions nor disclosed in Fluidmaster's May 19, 2017 P.R. 4-2 "Preliminary Claim Constructions and Extrinsic Evidence" disclosure:

1. "adaptor"

2. "flush opening"

3. "a flush opening configured to mate to a basket structure of a dual flush canister for a toilet";

4. "first end"

5. "the first end being configured to couple to a dual flush canister";

6. "tab(s)"

7. "tabs extending inward"

8. "the plurality of tabs being configured to engage a lip of a flush opening of a flush valve previously installed in the toilet";

9. "adaptor flush opening of a flush valve adaptor";

10. "circular support structure"; and

11. "a circular support structure configured to align the dual flush canister with the dual flush opening."

Fluidmaster objects to the following alternative constructions in Exhibits B and C offered by Danco, as they were not included in Danco's Exchange of Preliminary Claim Constructions and Extrinsic Evidence under P.R. 4-2, or the parties' Joint Claim Construction and Prehearing Statement under P.R. 4-3.:

'620 Patent

1. "Gasket":  "a rubber ring, for placing around a joint to make it watertight."

2. "Adaptor": "a connector for joining parts."

3. "Rotatably Coupled": "joined to allow rotation"

4. "Actuator": "mechanism to start a process"

'687 Patent

1. "Adapter": "a connector for joining parts."

2. "Basket structure":  "basket-shaped structure"

3. "Second End":  "the latter of two extremities."

Respectfully submitted, this 14th day of August, 2017, by:

| /s/ Eric G. Maurer | /s/ Sean D. Flaherty |
|---|---|
| Geoff Culbertson | E. Glenn Thames, Jr. |
| Texas Bar No. 24045732 | glennthames@potterminton.com |
| PATTON TIDWELL & CULBERTSON LLP | POTTER MINTON, APC |
| 2800 Texas Boulevard | 110 North College, Suite 500 |
| Texarkana, Texas 75503 | Tyler, Texas 75702 |
| Telephone: (903) 792-7080 | Telephone:  903-597-8311 |
| Facsimile: (903) 792-8233 | Fax:  903-593-0846 |
| *gpc@texarkanalaw.com* | |
| | Richard P. Sybert |
| Eric G. Maurer | (Cal. Bar # 80731 Admitted Pro Hac Vice) |
| Georgia Bar No. 478199 | rsybert@gordonrees.com |
| Cynthia J. Lee (*pro hac vice*) | Reid E. Dammann |
| Georgia Bar No. 442999 | (Cal Bar # 249031 Admitted Pro Hac Vice) |
| Scott P. Amy | rdammann@gordonrees.com |
| Robert D. Gravois (*pro hac vice*) | Sean D. Flaherty |

Case 5:16-cv-00073-JRG-CMC   Document 96   Filed 08/14/17   Page 4 of 13 PageID #:  4119

Georgia Bar No. 141416
THOMAS HORSTEMEYER LLP
400 Interstate North Parkway SE, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 933-9500
Facsimile: (770) 951-0933

*eric.maurer@thomashorstemeyer.com*
*cynthia.lee@thomashorstemeyer.com*
*scott.amy@thomashorstemeyer.com*
*robert.gravois@thomashorstemeyer.com*

*Counsel for Plaintiff Danco, Inc.*

(Cal. Bar # 272598 Admitted Pro Hac Vice)
sflaherty@gordonrees.com
Robert L. Horn
(Texas Bar # 24046107)
rhorn@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, California 92101
Phone: (619) 696-6700
Fax: (619) 696-7124

*Attorneys for Defendant Fluidmaster, Inc.*

4

# EXHIBIT A – JOINT CLAIM CONSTRUCTION CHART

TERMS/PHRASES PROPOSED FOR CONSRUCTION BY FLUIDMASTER UPON WHICH THE PARTIES AGREE

| _____ U.S. Patent No. 8,943,620 _____ | | | | |
|---|---|---|---|---|
| Claim term, phrase or clause | Claim(s) | Danco's Proposed Construction | Fluidmaster's Proposed Construction | Court's Construction |
| "flush mechanism" | 1, 2, 4, 11 | [AGREED] | [AGREED] | **Plain meaning.** |
| "predefined flush capability" | 1, 2 | [AGREED] | [AGREED] | **Plain meaning.** |
| "between" | 1, 21 | [AGREED] | [AGREED] | **Plain meaning.** |
| "flush orifice" | 1, 20, 21 | [AGREED] | [AGREED] | **Plain meaning.** |
| "sealing member" | 1, 21 | [AGREED] | [AGREED] | **Plain meaning.** |
| "seat a sealing member" | 1 | [AGREED] | [AGREED] | **Plain meaning.** |
| "in contact with the flush orifice" | 21 | [AGREED] | [AGREED] | **Plain meaning.** |

| _____ U.S. Patent No. 9.181,687 _____ | | | | |
|---|---|---|---|---|
| Claim term, phrase or clause | Claim(s) | Danco's Proposed Construction | Fluidmaster's Proposed Construction | Court's Construction |
| "flush valve opening" | 14 | [AGREED] | [AGREED] | **Plain meaning.** |
| "sealing material" | 14, 15 | [AGREED] | [AGREED] | **Plain meaning.** |
| "lip" | 4, 14 | [AGREED] | [AGREED] | **Plain meaning.** |
| "engage a lip" | 4 | [AGREED] | [AGREED] | **Plain meaning.** |
| "support legs" | 4, 14, 20 | [AGREED] | [AGREED] | **Plain meaning.** |
| "mating ears" | 7, 17 | [AGREED] | [AGREED] | **Plain meaning.** |
| "annular groove" | 7, 17 | [AGREED] | [AGREED] | **Plain meaning** |
| "extending between" | 4, 14, 20 | [AGREED] | [AGREED] | **Plain meaning** |

## EXHIBIT B – JOINT CLAIM CONSTRUCTION CHART

TERMS/PHRASES FOR WHICH BOTH PARTIES SEEK CONSRUCTION AND UPON WHICH THE PARTIES DISAGREE

| \_Claim term, phrase or clause\_ | Claims | Danco's Proposed Construction | Fluidmaster's Proposed Construction | \_Court's Construction\_ |
|---|---|---|---|---|
|  | **U.S. Patent No. 8,943,620 and U.S. Patent No. 9,181,687** |
| **"detachably attached"** | '620 Patent 1, 4 | "removably retained" | Indefinite. Or, if construed, "designed for direct separation and direct reattachment without degradation (referring to gasket)" | |
| **"flush valve"** | '620 Patent 1, 21 / '687 Patent 4, 14 | "a valve located at the bottom of a toilet tank used to discharge water from the toilet tank to a toilet bowl" | "valve which uses a sealing member to ensure water does not leak into the toilet bowl until a flush is initiated" | |
| **"dual flush canister"** | '620 Patent 11, 12, 21, 22 / '687 Patent 4, 7, 9, 14, 17, 19, 20 | "cylindrical-shaped device providing for two flush volumes" | "a dual flush mechanism having at least a partially cylindrical shape" | |

**EXHIBIT C – JOINT CLAIM CONSTRUCTION CHART**

TERMS/PHRASES FOR WHICH FLUIDMASTER SEEKS CONSRUCTION AND UPON WHICH THE PARTIES DISAGREE

| U.S. Patent No. 8,943,620 | | | | |
|---|---|---|---|---|
| Claim term, phrase or clause | Claims | Danco's Proposed Construction | Fluidmaster's Proposed Construction | Court's Construction |
| **"gasket"** | 1, 4, 21 | Needs no construction; plain meaning.<br><br>("a rubber ring, for placing around a joint to make it watertight") | "a non-adhesive object that creates a fluid seal which is maintained by compressive resilience" | |
| **"adaptor"** | 4, 11, 12, 21 | Needs no construction; plain and ordinary meaning.<br><br>("a connector for joining parts") | Indefinite.<br><br>Or, if construed: "any of various devices used in adjusting or fitting to each other the separate parts of a machine or apparatus whose design is such that adjustment or fitting would otherwise not be possible (as two pipes of different diameters)" | |
| **"rotatably coupled"** | 12 | Needs no construction; plain meaning.<br><br>("joined to allow rotation") | Indefinite.<br><br>Or, if construed: "coupled through rotation" | |
| **"actuator"** | 22 | Not indefinite.<br><br>Needs no construction; plain meaning.<br><br>("mechanism to start a process") | Indefinite.<br><br>Or, if construed: "part or assembly which causes movement" | |

|  | | | | |
|---|---|---|---|---|
| **U.S. Patent No. 9,181,687** | | | | |
| <u>Claim term, phrase or clause</u> | Claims | <u>Danco's Proposed Construction</u> | <u>Fluidmaster's Proposed Construction</u> | <u>Court's Construction</u> |
| **"adapter"** | 14 | Needs no construction; plain meaning.<br><br>("a connector for joining parts") | Indefinite.<br><br>Or, if construed: "any of various devices used in adjusting or fitting to each other the separate parts of a machine or apparatus whose design is such that adjustment or fitting would otherwise not be possible (as two pipers of different diameters)" | |
| **"flush opening"** | 4 | Needs no construction; plain meaning. | Orifice of a flush valve. | |
| **"flush opening"**, *see*:<br><br>**"a flush opening configured to mate to a basket structure of a dual flush canister for a toilet" (claim 1) / "adapter flush opening of a flush valve adapter" (claim 14) / "flush opening" (claim 16)** | 14 | Not a "means-plus-function" claim.<br><br>Needs no construction; plain meaning. | Governed by 35 U.S.C. § 112, ¶ 6 and limited to structure or its equivalents, identified below.<br><br><u>Function</u>: mate to a basket structure of a dual flush canister for a toilet<br><br><u>Structure</u>: "upper flange and ear structure of adapter fittings 603, 604 via gasket 606" | |

8

| | | | | |
|---|---|---|---|---|
| "flush opening" | 20 | Needs no construction; plain meaning. | Indefinite. | |
| "basket structure" | 4, 9, 13, 14, 19, 20 | Needs no construction; plain meaning.<br><br>("basket-shaped structure") | "a spacer having two parallel rings vertically separated by connecting members, the lower ring having a horizontal orientation (*e.g.*, a floor)" | |
| "first end", *see*:<br><br>"the first end being configured to couple to a dual flush canister" (claims 4, 14, 20) | 4, 7, 14, 17, 20 | Not a "means-plus-function" claim.<br><br>Needs no construction; plain meaning. | Governed by 35 U.S.C. § 112, ¶ 6 and limited to structure or its equivalents, identified below.<br><br>Function: couple to a dual flush canister<br><br>Structure: "top ring of adapter 133 having internal slots 233 and internal annular groove 236" | |
| "second end" | 4, 13, 14, 20 | Needs no construction; plain meaning.<br><br>("the latter of two extremities") | Indefinite.<br><br>Or, if construed, "the lower ring having a horizontal orientation (*e.g.*, floor) of the basket structure" | |

| | | | | |
|---|---|---|---|---|
| **"tabs"**, *see*: **"tabs extending inward" (claim 4, 14) / "the plurality of tabs being configured to engage a lip of a flush opening of a flush valve previously installed in the toilet" (claim 4)** | 4, 14 | Not a "means-plus-function" claim.<br><br>Needs no construction; plain meaning. | Governed by 35 U.S.C. § 112, ¶ 6 and limited to structure or its equivalents, identified below.<br><br>Function: engage a lip of a flush opening of a flush valve previously installed in the toilet.<br><br>Structure: "tabs of the clamping arms 913/933" | |
| **"circular support structure"**, *see*: **"a circular support structure configured to align the dual flush canister" (claim 20)** | 20, 21 | Not a "means-plus-function" claim.<br><br>Needs no construction; plain meaning. | Governed by 35 U.S.C. § 112, ¶ 6, but inadequate corresponding structure disclosed, so Indefinite.<br><br>Or, if construed pursuant to 35 U.S.C. § 112, ¶ 6, limited to structure or its equivalents, identified below.<br><br>Function: Align the dual flush canister with the flush opening<br><br>Structure: "clamp 136, or sleeve adapter 180" | |

## EXHIBIT D – JOINT CLAIM CONSTRUCTION CHART

COMPLETE LANGUAGE OF DISPUTED CLAIMS

| U.S. Patent No. 8,943,620 ||
|---|---|
| Claim | Complete Language of Disputed Claims With Disputed Terms in Bold |
| 1 | An apparatus, comprising:<br>a flush mechanism configured to provide for a predefined flush capability in a toilet; and<br>a **gasket detachably attached** to the flush mechanism, the gasket forming a seal between the flush mechanism and a flush orifice of a flush valve, the seal being maintained during a full flush of the toilet by the flush mechanism, where the **flush valve** is configured to seat a sealing member. |
| 4 | The apparatus of claim 2, wherein the dual flush mechanism further comprises an **adaptor** configured to **detachably attach** to the dual flush mechanism, where the **gasket** is attached to the **adaptor**. |
| 11 | The apparatus of claim 4, wherein the dual flush mechanism further comprises a **dual flush canister** coupled to the **adaptor.** |
| 12 | The apparatus of claim 11, wherein the **dual flush canister** is **rotatably coupled** to the **adaptor**. |
| 14 | The apparatus of claim 13, wherein the **gasket** includes a pseudo I-beam structure extending around at least a portion of an edge of the second opening. |
| 21 | A method, comprising the steps of:<br>removing a sealing member from a **flush valve** in a toilet, the **flush valve** including a flush orifice that is sealed by the sealing member;<br>positioning an **adaptor** having a **gasket** over the flush orifice of the **flush valve** so that the **gasket** comes into contact with the flush orifice, thereby creating a seal between the **adaptor** and the flush orifice; and<br>attaching a **dual flush canister** to the **adaptor** with the **gasket** in contact with the flush orifice, the **dual flush canister** providing for a dual flush capability. |
| 22 | The method of claim 21, further comprising the step of installing an **actuator** that triggers an operation of the **dual flush canister**. |

| U.S. Patent No. 9,181,687 ||
| Claim | Complete Language of Disputed Claims With Disputed Terms in Bold |
| --- | --- |
| 4 | An apparatus, comprising:<br>a *basket structure* having a *first end* and a *second end*, *the first end being configured to couple to a dual flush canister* for a toilet, the *dual flush canister* being configured to provide both a short flush and a long flush of the toilet;<br>a plurality of *tabs extending inward* toward a center axis of the *basket structure*, the *plurality of tabs being configured to engage a lip of a flush opening of a flush valve previously installed in the toilet*; and<br>a plurality of support legs extending between the *first end* and the *second end* defining a plurality of passageways from an exterior of the *basket structure* to the *flush opening*. |
| 7 | The apparatus of claim 4, wherein the *first end* is coupled to the *dual flush canister* via a plurality of mating ears fitting within an annular groove. |
| 9 | The apparatus of claim 4, wherein the *dual flush canister* can be rotated with respect to the *basket structure*. |
| 13 | The apparatus of claim 4, wherein the plurality of *tabs* are positioned at the *second end* of the *basket structure*. |
| 14 | An apparatus, comprising:<br>a *dual flush canister* configured to provide both a short flush and a long flush of a toilet;<br>a *basket structure* having a *first end* and a *second end*, the *first end being configured to couple to the dual flush canister*;<br>a plurality of *tabs extending inward* toward a center axis of the *basket structure*, the plurality of *tabs* engaging a lip of an *adapter flush opening of a flush valve adapter*;<br>a plurality of support legs extending between the *first end* and the *second end* defining a plurality of passageways from an exterior of the *basket structure* to the adapter *flush opening*; and<br>the *flush valve adapter* further comprising:<br>    a flange configured to mate to a *flush valve* opening of a previously installed *flush valve* in the toilet, the flange being offset at an angle with respect to the *adapter flush opening*; and<br>    a sealing material forming a seal between the flange and the flush valve opening. |
| 17 | The apparatus of claim 14, wherein the *first end* is coupled to the *dual flush canister* via a plurality of mating ears fitting within an annular groove. |
| 19 | The apparatus of claim 14, wherein the *dual flush canister* can be rotated with respect to the *basket structure*. |

| | |
|---|---|
| 20 | An apparatus, comprising:<br>a ***dual flush canister*** configured to provide both a short flush and a long flush of a toilet;<br>a ***basket structure*** having a ***first end*** and a ***second end***, the ***first end being configured to couple to the dual flush canister***;<br>a plurality of support legs extending between the ***first end*** and the ***second end*** defining a plurality of passageways from an exterior of the ***basket structure*** to a ***flush opening***; and<br>***a circular support structure configured to align the dual flush canister with the flush opening***, the ***circular support structure*** having an inner diameter greater than an outer diameter of a toilet overflow tube. |
| 21 | The apparatus of claim 20, wherein the ***circular support structure*** is mounted on the toilet overflow tube. |