# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**NOTICE OF DOCKETING**

FILED: **11/8/17**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

**18-109 - In re: Fluidmaster, Inc.**

**Date of docketing:** November 8, 2017

A petition for writ of mandamus has been filed.

**Name of petitioner(s): Fluidmaster, Inc.**

**Name of respondent(s),** if known: Danco, Inc.

**Related action(s):** if known: United States District Court for the Eastern District of Texas, 5:16-cv-00073-JRG-CMC

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court


cc: United States District Court for the Eastern District of Texas
Robert Gravois
Richard Paul Sybert