UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DANCO, INC. | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| vs. | § § | 5:16-CV-0073-JRG-CMC |
| FLUIDMASTER, INC. | § § § | |
| Defendant. | § § | |

### DEFENDANT FLUIDMASTER, INC.'S
### NOTICE OF PETITION FOR WRIT OF MANDAMUS

Defendant Fluidmaster, Inc. ("Fluidmaster") hereby provides notice to this Court that on November 7, 2017, Fluidmaster filed a Petition for Writ of Mandamus ("Petition") requesting transfer to the Central District of California. *See In re Fluidmaster, Inc.*, Case No. 18-0109 (Fed. Cir.). The Petition seeks relief from this Court's Memorandum Opinion and Order Denying Fluidmaster's Motion to Dismiss or in the Alternative Transfer Venue. *See* ECF No. 124.

Dated November 8, 2017           Respectfully submitted,

By:   */s/ Richard P. Sybert*
Richard P. Sybert
(Cal. Bar # 80731 Admitted Pro Hac Vice)
rsybert@gordonrees.com
Reid E. Dammann
(Cal Bar # 249031 Admitted Pro Hac Vice)
rdammann@gordonrees.com
Sean D. Flaherty
(Cal. Bar # 272598 Admitted Pro Hac Vice)
sflaherty@gordonrees.com
Robert L. Horn
(Texas Bar # 24046107)

rhorn@gordonrees.com
Holly L.K. Heffner
(Cal. Bar # 245384 Admitted Pro Hac Vice)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, California 92101
Phone: (619) 696-6700
Fax: (619) 696-7124

E. Glenn Thames, Jr.
glennthames@potterminton.com
POTTER MINTON, APC
110 North College, Suite 500
Tyler, Texas 75702
Telephone:  903-597-8311
Fax:  903-593-0846

*Counsel for Defendant Fluidmaster, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 8, 2017.  Any other counsel will be served by electronic mail per Local Rule CV-5(d).

*/s/ Richard P. Sybert*
Richard P. Sybert