IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DANCO, INC. | § § § | |
| Plaintiff, | § § | |
| VS. | § | Case No. 5:16-cv-0073-JRG-CMC |
| FLUIDMASTER, INC. | § § § | |
| Defendant. | § § | |

## SUPPLEMENTAL MEDIATOR'S REPORT

As a result of post-mediation discussions between the parties with the assistance of the mediator, a settlement has been reached as to all claims by and between Plaintiff Danco, Inc. and Defendant Fluidmaster, Inc.

Dated: January 5, 2018.

/s/ Jeff Kaplan
Hon. Jeff Kaplan (Ret.)
Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*Judy Stephenson*
Case Manager