**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| DANCO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FLUIDMASTER, INC.,<br><br>    Defendant. | Civil Action No.: 5:16-CV-00073-JRG-CMC |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal (Docket Entry # 181) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is **ORDERED** the Joint Stipulation of Dismissal (Docket Entry # 181) is accepted by the Court. The Court further **ORDERS**, in accordance with the parties' stipulation and consistent with the parties' Settlement Agreement executed February 22, 2018 that this case is dismissed with prejudice and each party shall bear its own fees and costs. All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 5th day of March, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE